IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES M. CLARK,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2622

Opinion filed September 6, 2016.

An appeal from the Circuit Court for Calhoun County.
Allen L. Register, Judge.

Terry P. Roberts, Law Office of Terry P. Roberts, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Appellant raises two issues related to his conviction and one issue regarding his sentencing. We find only the claim related to appellant's sentencing has merit. The State concedes the trial court improperly designated appellant as an habitual felony offender, ignoring the jury's express finding that the State had failed to

prove appellant's prior convictions.[*] See <u>Borrell v. State</u> 478 So. 2d 1185 (Fla. 4th DCA 1985).

Based upon the State's concession, we strike the habitual felony offender designation and remand for appellant to be resentenced.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.

---

[*] This finding was expressed in a special verdict form related to whether appellant violated section 794.0115, Florida Statutes (2013).